No. 572. WINKLER ET AL. *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *I. Duke Avnet* for petitioners. *Hall Hammond,* Attorney General of Maryland, *Kenneth C. Proctor,* Assistant Attorney General, and *Anselm Sodaro* for respondent.

No. 573. ATLANTIC COAST LINE RAILROAD CO. *v.* SCARBOROUGH. C. A. 4th Cir. Certiorari denied. *J. M. Townsend* and *Collins Denny, Jr.* for petitioner.

No. 574. PIEDMONT COTTON MILLS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *William A. Sutherland* and *Joseph B. Brennan* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Melva M. Graney* for respondent.

No. 645. PENNSYLVANIA RAILROAD CO. *v.* CONNER ET AL.; and

